# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CAA SPORTS LLC,<br><br>　　　　　　Petitioner,<br><br>　　-v.-<br><br>BEN DOGRA,<br><br>　　　　　　Respondent. | CASE NO.  4:18-CV-01887 |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 3-2.09, Petitioner, CAA Sports LLC ("CAA" or "Petitioner"), makes the following disclosure:

Petitioner, a non-governmental party, hereby certifies by and through its counsel that it is a Limited Liability Company whose sole member is Creative Artists Agency LLC.  Creative Artists Agency LLC's members are citizens of California, New York, New Jersey, Tennessee and the United Kingdom.  No publicly traded corporate entity owns more than 10% of CAA's stock.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/    Charles B. Jellinek*
　　　　　　　　　　　　　　　　　　　　　Charles B. Jellinek
　　　　　　　　　　　　　　　　　　　　　Bryan Cave Leighton Paisner, LLP
　　　　　　　　　　　　　　　　　　　　　One Metropolitan Square
　　　　　　　　　　　　　　　　　　　　　211 North Broadway, Suite 3600
　　　　　　　　　　　　　　　　　　　　　St. Louis, MO  63102
　　　　　　　　　　　　　　　　　　　　　Phone:  (314) 259-2000
　　　　　　　　　　　　　　　　　　　　　Fax:  (314) 259-2020
　　　　　　　　　　　　　　　　　　　　　cbjellinek@bclplaw.com

Anthony J. Oncidi (*pro hac vice to be filed*)
Proskauer Rose LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Phone: (310) 284-5690
Fax: (310) 557-2193
aoncidi@proskauer.com

Guy Brenner (*pro hac vice to be filed*)
Proskauer Rose LLP
1001 Pennsylvania Ave, NW, Suite 600 South
Washington, DC 20004
Phone:  (202) 416-6830
Fax:  (202) 416-6899
gbrenner@proskauer.com

Alex C. Weinstein (*pro hac vice to be filed*)
Proskauer Rose LLP
70 W Madison, Suite 3800
Chicago, IL 60602
Phone:  (312) 962-3531
Fax:  (312) 962-3551
aweinstein@proskauer.com

*Counsel for Petitioner CAA Sports LLC*

## **CERTIFICATE OF SERVICE**

The undersigned herby certifies that this 5th day of November, 2018, I caused a copy of the foregoing to be filed electronically with the Court and will cause it to be served in accordance with applicable law on the parties listed below.

Ben Dogra
10076 Litzsinger Road
Ladue, MO  63124

Robert Lattinville, Esq.
Spencer Fane LLP
1 North Brentwood Boulevard, Suite 1000
St. Louis, MO 63105

　　　　　　　　　　　　　　　　　　　*/s/ Charles B. Jellinek*
　　　　　　　　　　　　　　　　　　　　Charles B. Jellinek